**01–2180.   Cleveland v. City, Cty. & Waste Paper Drivers.**
Cuyahoga App. No. 80147. This cause is pending before the court as a discretionary appeal. On December 17, 2001, when the appeal was filed, a check in the amount of $40 was submitted by the city of Cleveland to satisfy the requirement of the docket fee imposed by R.C. 2503.17 and S.Ct.Prac.R. XV(1). This court has been informed by the Office of the Treasurer of the State of Ohio that the check was returned from National City Bank for the reason that payment was stopped. Whereas R.C. 2503.17 and S.Ct.Prac.R. XV(1) require that the docket fee shall be paid before a notice of appeal is filed or a case is docketed,

IT IS ORDERED by the court, *sua sponte*, that this cause be, and hereby is, dismissed.

*Monday, January 28, 2002*

## MOTION DOCKET

**99–889.   State v. Lomax.**
Sandusky C.P. No. 96CR448. This cause is pending before the court as a death penalty appeal from the Court of Common Pleas of Sandusky County. Upon consideration of the motion for recusal of the Sandusky County Prosecutor's Office,

IT IS ORDERED by the court that the motion for recusal be, and hereby is, granted.

DOUGLAS, J., would also appoint counsel.

MOYER, C.J., and LUNDBERG STRATTON, J., dissent.

RESNICK, J., not participating.

IT IS FURTHER ORDERED by the court, *sua sponte*, that the oral argument scheduled in this case for January 29, 2002, be postponed until further order of the court.

MOYER, C.J., and LUNDBERG STRATTON, J., dissent.

RESNICK, J., not participating.

**99–1113.   State v. Lomax.**
Sandusky App. Nos. S–97–037 and S–99–014. This cause is pending before the court as a death penalty appeal from the Court of Appeals for Sandusky County. Upon consideration of the motion for recusal of the Sandusky County Prosecutor's Office,

IT IS ORDERED by the court that the motion for recusal be, and hereby is, granted.

DOUGLAS, J., would also appoint counsel.

MOYER, C.J., and LUNDBERG STRATTON, J., dissent.

RESNICK, J., not participating.

IT IS FURTHER ORDERED by the court, *sua sponte*, that the oral argument scheduled in this case for January 29, 2002, be postponed until further order of the court.

MOYER, C.J., and LUNDBERG STRATTON, J., dissent.

RESNICK, J., not participating.

*Tuesday, January 29, 2002*

## RECONSIDERATION DOCKET

**01–2025.   Brewer v. Gansheimer.**
Ashtabula App. No. 2001–A–0045. Reported at 94 Ohio St.3d 1422, 760 N.E.2d 832. IT IS ORDERED by the court that the motion for reconsideration in this case be, and hereby is, denied.